■ VICTOR W. PHILLIPS et al., Respondents, v LYNN O. COHN et al., Defendants. ROBERT R. HUDSON et al., Respondents, and NICOLETTA ARGYROS et al., Appellants. [715 NYS2d 314] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about January 25, 2000, which denied defendants-appellants' motion for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Although the vehicle driven by defendant-appellant Nicoletta Argyros was struck from behind by plaintiffs' vehicle after plaintiffs' vehicle was struck from behind by a third vehicle, the record discloses a factual issue as to whether, at the time of the accident, the Argyros vehicle had suddenly stopped in a moving lane of traffic and, accordingly, as to whether negligent operation of the Argyros vehicle contributed to plaintiffs' harm (*see, Migdol v Striker*, 215 AD2d 358; *see also, Tann v Herlands*, 224 AD2d 230). Concur—Tom, J. P., Mazzarelli, Lerner, Rubin and Friedman, JJ.